1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                     EASTERN DISTRICT OF CALIFORNIA

8

9   GUILLERMO TRUJILLO CRUZ,                    **1:17-cv-00084-MJS (PC)**

10                  Plaintiff,

11        v.                                     **ORDER TO SUBMIT APPLICATION
                                                 TO PROCEED IN FORMA PAUPERIS
                                                 OR PAY FILING FEE WITHIN 45 DAYS**

12  BITER, et al.,

13                  Defendants.                  **CLERK TO SEND APPLICATION TO
                                                 PROCEED IN FORMA PAUPERIS**

14

15        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42

16  U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to

17  proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

18        Accordingly, IT IS HEREBY ORDERED that:

19        Within forty-five (45) days of the date of service of this order, plaintiff shall submit

20  the attached application to proceed in forma pauperis, completed and signed, or in the

21  alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be**

22  **granted without a showing of good cause**. **Failure to comply with this order will**

23  **result in dismissal of this action.**

24

25  IT IS SO ORDERED.

26     Dated:    January 23, 2017          /s/ *Michael J. Seng*

27                                         UNITED STATES MAGISTRATE JUDGE

28

                                   1